# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

**FILED MAY 08 2023** IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By ___

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with<br>SHAKIELAWATERS@GMAIL.COM email account | ) ) ) ) Case No. 1:23MJ125-1<br>) ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____March 29, 2023____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Joe L. Webster____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: 03/15/2023 12:46 pm    *(signed)* Joe L. Webster
*Judge's signature*

City and state: Durham, North Carolina    Joe L. Webster, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:23MJ125-1 | Date and time warrant executed: 03/15/2023 at 10:12 P.M. | Copy of warrant and inventory left with: Google Legal Investigations Support |
| Inventory made in the presence of: U.S. Postal Inspector A. Sanabria | | |

Inventory of the property taken and name(s) of any person(s) seized:

On 4/4/2023, U.S. Postal Inspector A. Sanabria received digital records from Google Legal Investigations Support containing information related to the email address SHAKIELAWATERS@GMAIL.COM

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/25/2023

_Executing officer's signature_

Alberto Sanabria, U.S. Postal Inspector
_Printed name and title_